Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
6140 STONERIDGE MALL RD SUITE 250
TELEPHONE: 925-621-1900
FAX: 925-621-1901

**FILED**
OCT 15 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
OCT 22 2012
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: JACQUELINE ELAINE KNOX

Debtor(s)

Case No: 07-42281 RLE 13

Chapter 13
**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $4,213.00 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 07-42281 RLE 13 | BRET A YAPLE ESQ.<br>PO BOX 15<br>PINOLE, CA 94564 | $4,764.32 | $ 4,213.00 |
| | Total Unclaimed Dividends | | $ 4,213.00 |

Dated: October 11, 2012

_Martha G Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee